John D. Chism, Jr., and George M. Chism, Appellants, v. Sheldon D. Smith, Respondent.— Judgment unanimously affirmed, with costs.

Frederick W. Cole, Respondent, v. John W. Van Cott and Frank J. Van Cott, Appellants.— Judgment unanimously affirmed, with costs.

Sarah M. Dickinson, Respondent, v. Frederick A. Haight, Appellant.— Judgment unanimously affirmed, with costs.

Archie B. Downes, Respondent, v. Harrison Wells, Appellant.— Judgment unanimously affirmed, with costs.